Beaver *v.* Hazle Brook Coal Company, Appellant.

Submitted March 10, 1937. Before KELLER, P. J., CUN-NINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

254

*P. B. Roads,* for appellant.

*Roger J. Dever,* for appellee.

PER CURIAM, March 15, 1937:

The claim petition in this case was orginally filed against Jeddo Highland Coal Company. By agreement of the parties (8a-9a) it was amended so as to present the claim against Hazle Brook Coal Company.

The judgment is affirmed on the opinion of Judge PALMER of the court below.